IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA, and the
STATE OF FLORIDA *ex rel*
SCOTT WEINERTH,

    Plaintiff,

v.                                        CASE NO. 1:08-cv-00187-MP-AK

ANESTHESIA HEALTHCARE
PARTNERS, INC., d/b/a
HBL ANESTHESIA SERVICES,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 5, the Government's motion for leave to file late its notice of whether it intends to intervene in this qui tam action. There being no prejudice caused to any party by the delay and no objection to the late filing, the motion is GRANTED. The Court has reviewed the Government's notice and its proposed order. In its notice, the Government states that it has elected not to intervene in this action but reserves the right to do so later, in accordance with 31 U.S.C. § 3730(c)(3). The Government also requests, pursuant to § 3730(c)(3), that it be served with copies of all pleadings filed in this action and be supplied with copies of all deposition transcripts (at the Government's expense). Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Clerk is directed to unseal the Complaint (Doc. 1), and the relator, SCOTT WEINERTH, shall serve the Complaint upon the defendant, ANESTHESIA HEALTHCARE PARTNERS, INC.

    2.    The Clerk is also directed to unseal the Government's motion, notice, and attached proposed order (Doc. 5). All other papers on file in this action prior to

      the entry of this order shall remain under seal.  Such papers were provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.  All other filings occurring in this action after the date of this order shall be filed unsealed, unless otherwise ordered by a specific order of this Court.

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Government, as provided for in 31 U.S.C. § 3730(c)(3).  The Government may also order any deposition transcripts at its own expense and is entitled to intervene in this action, for good cause, at any time.

4. The Clerk is directed to continue serving on the Government all orders of the Court in this action.

5. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the Government before ruling or granting its approval.

**DONE AND ORDERED** this   *24th* day of April, 2009

                      *s/Maurice M. Paul*
                 Maurice M. Paul, Senior District Judge